1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SAGESSE, | Case No.: C-08-05726 EMC |
| Plaintiff, | [PROPOSED] ORDER ALLOWING DEFENDANT TARGET STORES' CLAIMSPERSON TO ATTEND MEDIATION BY PHONE |
| vs. | |
| TARGET CORPORATION, BLACK COMPANY, WHITE COMPANY, RED COMPANY, BLUE COMPANY, and DOES 1-100, inclusive, | |
| Defendants. | Complaint Filed: October 27, 2008 |

Upon consideration of Defendant Target Stores' request in its letter to ADR Magistrate Judge Wayne D. Brazil dated April 27, 2009, defendant's claims administrator may attend the mediation on June 22, 2009 by phone.

**ORDER**

IT IS SO ORDERED.

DATED: 4/28/09

_____
UNITED STATES MAGISTRATE JUDGE
WAYNE D. BRAZIL

25766\462318

-1-

ORDER ALLOWING DEF. TARGET STORES' CLAIMSPERSON TO ATTEND MEDIATION BY PHONE
Case: C-08-05726 EMC