GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SAGGESE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, BLACK COMPANY, WHITE COMPANY, RED COMPANY, BLUE COMPANY, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 08-05726 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: October 27, 2008 |

IT IS HEREBY STIPULATED by and between Plaintiff Lynn Saggese, by and through her attorney of record, Robert B. Ingram, Esq., and Defendant Target Stores, a division of Target Corporation, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, Target Stores, a division of Target Corporation, pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

IT IS SO STIPULATED.

DATED: August 13, 2009

LAW OFFICES OF ROBERT B. INGRAM

By: _____
ROBERT B. INGRAM, ESQ.
Attorneys for Plaintiff
LYNN SAGGESE

-1-

STIP. OF DISMISSAL W/ PREJUDICE AND [PROPOSED] ORDER THEREON – Case No.: 08-05726 EMC

DATED: August 7, 2009

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Gail Trabish
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: august 19, 2009

HON.
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

25766\472298

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

STIP. OF DISMISSAL W/ PREJUDICE AND [PROPOSED] ORDER THEREON – Case No.: 08-05726 EMC

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON,** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Robert B. Ingram, Esq.　　　　　　　　　**Attorney for Plaintiff**
Law Offices of Robert B. Ingram
25 Saddle Wood Drive
Novato, CA  94945
(415) 499-0800  Phone
(415) 499-0445  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on August 17, 2009.

_____
ALEXINE BRAUN

25766\472298

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-3-

STIP. OF DISMISSAL W/ PREJUDICE AND [PROPOSED] ORDER THEREON – Case No.: 08-05726 EMC